1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PAUL BLUMBERG, GRACIELA MORENO, | Case No. 10-CV-05072-R |
| Plaintiffs, | **JUDGMENT**<br>**(Dckt No. 86)** |
| v. | Trial Date:    None Set |
| BRIAN HEWITT, SAM MARTIN, BRAD FOSS, CITY OF LOS ANGELES, and DOE DEFENDANTS 1 through 10, inclusive, | |
| Defendant. | |

1  This matter was on remand from the Ninth Circuit for the court to "consider if
2  and to what extent Blumberg's plea to the crime of attempted murder affects his
3  § 1983 claims."  Accordingly, the court ordered the parties to submit position
4  papers.
5  Having considered the position papers filed by the parties, the Court ordered
6  Plaintiff's remaining § 1983 claims dismissed, with prejudice, against all defendants
7  as set forth in the Court's June 23, 2015 Order.
8  As there are no remaining issues, the entire matter, as to all defendants, is
9  now dismissed with prejudice.  Judgment shall hereby be entered as to all
10  defendants.  Defendants are awarded statutory costs.

DATED:  July 29, 2015

_____
HON. MANUEL REAL
United States District Judge
Central District of California