UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL BLUMBERG, | ) | CASE NO. CV 10-5072-R |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN HEWITT; et al., | ) | |
| | ) | |
| Defendants. | ) | |

  IT IS HEREBY ADJUDGED THAT Defendant City of Los Angeles is entitled to summary judgment on Plaintiff's fifth and ninth claims for relief and Defendant Brian Hewitt is entitled to summary judgment on Plaintiff's fourth, fifth, and ninth claims for relief in accordance with the Court's Order Granting Defendant Hewitt's Motion for Summary Judgment. (Dkt. No. 153). Defendant City of Los Angeles properly filed a Notice of Joinder in the Motion.

  IT IS HEREBY ADJUDGED THAT Defendants County of Los Angeles and Brad Foss are entitled to summary judgment on Plaintiff's first, second, fifth, sixth and eighth claims for relief in accordance with the Court's Order Granting Defendants County of Los Angeles and Brad Foss' Motion for Summary Judgment. (Dkt. No. 154).

  THEREFORE, IT IS THE JUDGMENT OF THIS COURT THAT PLAINTIFF SHALL TAKE NOTHING FROM HIS SECOND AMENDED COMPLAINT AS TO DEFENDANTS

| | |
|---|---|
| 1 | CITY OF LOS ANGELES, BRIAN HEWITT, COUNTY OF LOS ANGELES, AND BRAD |
| 2 | FOSS.  COSTS TO BE AWARDED PER STATUTE. |
| 3 | |
| 4 | DATED: June 12, 2019 |

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE