Name: Arnoldo Casillas, SBN 158519
Address: 3777 Long Beach Blvd., Third Floor
City, State, Zip: Long Beach, CA 90807
Phone: 562/203-3030
Fax: 323/725-0350
E-Mail: acasillas@casillaslegal.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Paul Blumberg,

PLAINTIFF(S),

v.

Brian Hewitt, et al.

DEFENDANT(S).

CASE NUMBER:

CV 10-5072-R

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____ Paul Blumberg _____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
Judgment re Motions for Summary Judgmen

☐ Other (specify):

Imposed or Filed on _June 12, 2019_. Entered on the docket in this action on _June 13, 2019_.

A copy of said judgment or order is attached hereto.

July 9, 2019
Date

/s/ Arnoldo Casillas
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).